IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Griffin

　　　　　　　Plaintiff(s)

vs.

Department of Veteran's Affairs

　　　　　　　Defendant(s)

Civil Action No. WMN 00-CV-2837

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Steven D. Campen__ Esquire a member of the Bar of this court, moves the admission of __Michael F. Wright__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff Patrick J. Griffin, III__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __California__

and/or the following United States Court(s): __United States Supreme Court; U.S. Ninth Circuit Court of Appeals; U.S. Federal Circuit Court of Appeals; U.S. District Court, Central, Northern and Southern Districts of California.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/l/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ___Stephen S. Burgoon___ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Steven D. Campen

_/s/ Steven R. Campen_
Signature
Campen & Burgoon, P.C.
3401 Urbana Pike, Second Floor North
Address
Frederick, Maryland  21704

(301)668-5808 / (301)831-8731
Office phone number

(301)831-8734
Fax number

PROPOSED ADMITTEE: Michael F. Wright

_/s/ Michael F. Wright_
Signature
Case, Knowlson, Jordan & Wright
2049 Century Park East, Suite 3350
Address
Los Angeles, California  90067

(310) 552-2766
Office phone number

(310) 552-3229
Fax number

_____
Md. U. S. District Court Number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___10/17/00___
Dated

___/s/ Judge___
Judge, U. S. District Court