

U.S. Department of Justice
Civil Division
Federal Programs Branch

*Post Office Box 883*
*Washington, D.C. 20044*

W. Scott Simpson
*Senior Counsel*

Tel:  (202) 514-3495
Fax:  (202) 616-8202
Email:  scott.simpson@justice.usdoj.gov

November 9, 2000

BY FACSIMILE TRANSMISSION AND FIRST-CLASS MAIL

The Honorable William M. Nickerson
United States District Judge
Garmatz Federal Courthouse
101 West Lombard Street, Chambers 3C
Baltimore, MD 21201

JUDGE WILLIAM M. NICKERSON

Re: Patrick J. Griffin, III v. U.S. Department of Veterans Affairs,
et al., Civil Action No. WMN 00 CV-2837 (D. Md.)

Dear Judge Nickerson:

Subject to the approval of the Court, the parties have agreed on a briefing schedule for defendants' summary judgment motion, and have also agreed to a slight modification of the previously-approved schedule for plaintiffs' motion for preliminary injunction.

Plaintiffs' reply to defendants' opposition to the preliminary injunction motion, along with plaintiffs' opposition to defendants' motion for summary judgment, will be filed on Monday, November 20, 2000, and will be served on defendants' counsel by facsimile transmission before 5:00 p.m. Eastern time on Friday, November 17, and by overnight delivery on November 17.

Defendants' reply to plaintiff's opposition to the motion for summary judgment will be filed on or before December 8, 2000.

Based on my conversation of November 8 with your law clerk, Mr. Richard Ames-Ledbetter, I understand that oral argument on defendants' motion for summary judgment will be set later, if deemed necessary by the Court.

All parties appreciate the Court's cooperation in setting the above briefing schedule.

Sincerely,

W. SCOTT SIMPSON

FILED _____ ENTERED
_____ _____ RECEIVED

NOV - 9 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

cc: Plaintiff's counsel

TOTAL P.02

APPROVED 9th DAY
OF November 00
_____
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

*Post Office Box 883*
*Washington, D.C. 20044*

## FAX TRANSMITTAL COVER SHEET

**IMPORTANT:** The information contained in this facsimile transmission is intended exclusively for the addressee. It may include information that is privileged, confidential, or otherwise protected from disclosure by law. If you are not the addressee or the agent or employee of the addressee, you are hereby notified that any duplication or distribution of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

DATE:   November 9, 2000

TO:     The Honorable William M. Nickerson

        United States District Judge

        FAX NUMBER   410-962-2577

        VOICE:       410-962-9810

FROM:   W. SCOTT SIMPSON -- Federal Programs Branch

        FAX NUMBER   (202) 616-8202      VOICE: (202) 514-3495

        ALTERNATES:  (202) 616-8460
                     (202) 616-8470

THERE ARE A TOTAL OF _2_ PAGES, INCLUDING THIS COVER SHEET, IN THIS TRANSMISSION.