

U.S. Department  Justice
Civil Division
Federal Programs Branch

Post Office Box 883
Washington, D.C. 20044

W. Scott Simpson
*Senior Counsel*

Tel: (202) 514-3495
Fax: (202) 616-8202
Email: scott.simpson@justice.usdoj.gov

November 30, 2000

BY FACSIMILE TRANSMISSION AND FIRST-CLASS MAIL

The Honorable William M. Nickerson
United States District Judge
Garmatz Federal Courthouse
101 West Lombard Street, Chambers 3C
Baltimore, MD 21201

    Re:    Patrick J. Griffin, III v. U.S. Department of Veterans Affairs,
             et al., Civil Action No. WMN 00-CV-2837 (D. Md.)

Dear Judge Nickerson:

    Subject to the approval of the Court, the parties have agreed on a modification of the remainder of the briefing schedule for defendants' summary judgment motion.

    Defendants' reply to plaintiff's opposition to the motion for summary judgment will be filed on or before December 22, 2000. Counsel for defendants has requested this extension because of pressing duties in another case, and because of upcoming travel for such case during the next two weeks.

    All parties appreciate the Court's cooperation in setting the above briefing schedule.

                            Sincerely,

                            W. SCOTT SIMPSON

cc:    Plaintiff's counsel

APPROVED
December 00
[signature] Nickerson

TOTAL P.02