IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN, III  :

v.  :  Civil Action WMN-00-2837

DEPARTMENT OF VETERANS AFFAIRS,  :
et al.  :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 29th day of January 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Preliminary Injunction (Paper No. 3) is hereby GRANTED;

2. That Defendants' Motion for Summary Judgment (Paper No. 7) is hereby DENIED;

3. That Defendants are permanently enjoined from interfering with Plaintiff's display of the Confederate battle flag under the conditions set forth in the accompanying Memorandum;

4. That this case is hereby CLOSED;

5. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

6. That the Clerk of the Court shall transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge