LAW OFFICES

**CASE, KNOWLSON, JORDAN & WRIGHT LLP**

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

2049 CENTURY PARK EAST, SUITE 3350

LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 552-2766

TELECOPIER (310) 552-3229

DANIEL A. CASE*
ARTHUR R. KNOWLSON, JR.*
MICHAEL F. WRIGHT
BARRY A. YOCH*
PATRICK WALSH
EDWIN I. LASMAN*
DANIEL G. JORDAN
RICK AUGUSTINI
J. PATRICK FLEMING, JR.
ARMEN TAMZARIAN
RONALD S. CASWELL
AMY A. HOFF
BERT C. COZART

*A PROFESSIONAL CORPORATION

ORANGE COUNTY OFFICE
860 NEWPORT CENTER DRIVE
SUITE 570
NEWPORT BEACH, CA 92660
TELEPHONE (949) 729-0700
TELECOPIER (949) 729-0729

OF COUNSEL
DAVID HUBER
MICHAEL HICKOK
EDWARD T. SWANSON
MARK H. EASTMAN

March 12, 2001

The Hon. William M. Nickerson
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: <u>Griffin v. Department of Veterans Affairs</u>
       <u>Case No. WMN 00 CV 2837</u>

Dear Judge Nickerson:

   Subject to Court approval, counsel for defendants and I have agreed that plaintiff's opposition to defendants' motion to stay proceedings on plaintiff's motion for attorney's fees and costs, which would normally be due on March 13, 2001, may be filed on or before March 22, 2001.

   Both sides appreciate the Court's continuing cooperation in setting this briefing schedule.

                                        Respectfully,

                                        Michael F. Wright
                                  of Case, Knowlson, Jordan & Wright LLP

MFW\cad

cc:   Patrick J. Griffin, III
      W. Scott Simpson, Esq.

6489-001.corresp court.002

APPROVED   THIS _15th_ DAY

OF _March_, 20_01_

UNITED STATES DISTRICT JUDGE