IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Patrick J. Griffin, III,          )
                                  )
         Plaintiff,               )
                                  )  Civil Action No. WMN-00-2837
    v.                            )
                                  )
Department of Veterans Affairs,   )
et al.,                           )
                                  )
         Defendants.              )

### ENTRY OF APPEARANCE

Please enter the appearance of Tawana E. Davis, Assistant United States Attorney for the District of Maryland, as counsel for the Defendant, and withdraw the appearance of Perry F. Sekus.

Respectfully submitted,

Stephen M. Schenning
United States Attorney

_____
Tawana E. Davis
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
410-209-4834


" APPROVED " THIS 3rd DAY
OF April, 2001

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April 2001, a copy of defendant's, ENTRY OF APPEARANCE was sent, first class mail, postage prepaid, to the following attorneys of record:

Michael F. Wright
Case, Knowlson, Jordan & Wright
2049 Century Park East, Suite 3350
Los Angeles, CA 90067

Steven D. Campen
Stephen S. Burgoon
Campen & Burgoon, P.C.
Landon House, Second Floor North
3401 Urbana Pike
Frederick, MD 21704

Steven H. Aden
The Rutherford Institute
Post Office Box 7482
Charlottesville, VA 22906-7482

Tawana E. Davis
Assistant United States Attorney