IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN, III          :
                                 :
v.                               :   Civil Action WMN-00-2837
                                 :
DEPARTMENT OF VETERANS AFFAIRS,  :
et al.                           :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 3rd day of July 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Attorney's Fees and Costs (Paper No. 21) is hereby GRANTED;

2. That Defendants' Motion for Clarification and, if Necessary, to Stay Implementation of Judgment Pending Appeal (Paper No. 27) is hereby GRANTED, in that:

a. The Court's Order dated January 29, 2001, is clarified to require that, if Plaintiff prevails on appeal, Plaintiff shall be permitted to immediately install a permanent flagpole with an overall length of 42 feet and an exposed height of 37 feet, with a concrete base approximately 45 inches deep and 33 inches wide and an exposed surface area of 39 inches square;

b. Pending appeal, Defendants must provide a temporary flagpole and base upon which Plaintiff may begin the immediate daily display of a Confederate battle flag, in accordance with

this Court's January 29, 2001 Memorandum and Order;

    3. That Plaintiff's Motion for Contempt Against Defendants and for Award of Attorney's Fees (Paper No. 29) is hereby DENIED;

    4. That the Clerk of the Court shall transmit copies of the foregoing memorandum and this order to all counsel of record.

                                        */s/ William M. Nickerson*
                                        William M. Nickerson
                                        United States District Judge