IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN, III :

v. : Civil Action WMN-00-2837

DEPARTMENT OF VETERANS AFFAIRS, :
et al. :

ORDER

Pending before the Court is Plaintiff's Motion for Attorney Fees, Paper No. 19. On July 3, 2001, the Court stayed consideration of that motion pending appeal, but the motion remained an open motion on the Court's docket. As a purely "housekeeping" matter, the Court will now deny Plaintiff's motion, without prejudice to Plaintiff's renewal of that motion should he prevail on appeal.

Accordingly, IT IS this 27th day of September, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Attorney Fees, Paper No. 19, is DENIED, without prejudice; and

2. That the Clerk of the Court shall transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge